# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARCUS MALCOM THURMON,<br><br>        Defendant. | No. CR03-0075-LRR<br><br><br>ORDER |

The matter before the court is the defendant's motion to reduce sentence under 18 U.S.C. § 3582(c)(2) (docket no. 95). The defendant filed such motion on July 27, 2013.

The court already addressed the merits of a reduction in the defendant's term of imprisonment pursuant to Amendment 750 (Parts A and C only). Nothing the defendant states in his motion alters the conclusion that the court came to on February 29, 2012. Namely, the court sentenced the defendant as a career offender and, therefore, the defendant is not entitled to any relief.

Further, the defendant's other bases for relief are not properly raised, *see generally* 18 U.S.C. § 3582; USSG §1B1.10; *see also* 28 U.S.C. § 2255 (setting forth grounds for relief); *United States v. Auman*, 8 F.3d 1268, 1271 (8th Cir. 1993) ("Section 3582(c)(2) is a provision that permits a district court to reduce a term of imprisonment if the sentencing range upon which the term was based is subsequently lowered by the Sentencing Commission."), and/or are contrary to the law in the Eighth Circuit Court of Appeals, *see United States v. Meeks*, 469 F. App'x 479, 479 (8th Cir. 2012) (finding that, "because [the defendant] was sentenced before the enactment of the Fair Sentencing Act of 2010," he was not eligible for a sentence reduction); *United States v. Orr*, 636 F.3d 944, 957 (8th Cir. 2011) (finding that the Fair Sentencing Act did not apply to a defendant sentenced

on November 12, 2009, prior to the Fair Sentencing Act's enactment date of August 3, 2010); *see also Dorsey v. United States*, 567 U.S. ___, ___, 132 S. Ct. 2321, 2326 (2012) (holding that "the new, more lenient mandatory minimum provisions" of the Fair Sentencing Act "apply to offenders who committed a crack cocaine crime before August 3, 2010, but were not sentenced until after August 3").

Based on the foregoing, the defendant's motion to reduce sentence under 18 U.S.C. § 3582(c)(2) (docket no. 95) is denied.

**IT IS SO ORDERED**.

**DATED** this 29th day of July, 2013.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA